UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

Case No. 2:12-cr-20052-2

HONORABLE STEPHEN J. MURPHY, III

v.

ERIC JEROME POWELL,

          Defendant.

_____/

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS [866]**

Defendant Eric Jerome Powell moved for leave to proceed in forma pauperis on his appeal of the Court's order denying compassionate release. ECF 866. The Court will deny the motion despite the pending appeal. *See* Fed. R. Civ. P. 62.1(a). Unlike civil proceedings under 28 U.S.C. § 1915(a)(2), Defendant need not proceed in forma pauperis to appeal a compassionate release order. The Court will therefore deny the motion for leave to proceed in forma pauperis on appeal.

**WHEREFORE**, it is hereby **ORDERED** that the motion for leave to proceed in forma pauperis [866] is **DENIED**.

**SO ORDERED.**

                                                s/ Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
Dated: April 23, 2021                United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 23, 2021, by electronic and/or ordinary mail.

                                                s/ David P. Parker
                                                Case Manager