# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 18, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re:  Case No. 21-1262, *USA v. Eric Powell*
            Originating Case No. : 2:12-cr-20052-2

Dear Ms. Essix:

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Patricia J. Elder, Senior Case Manager
                                      for Julie Connor, Case Manager

cc:  Mr. Steven P. Cares
      Mr. Eric Jerome Powell

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1262

_____

Filed: October 18, 2021

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ERIC JEROME POWELL, aka Christopher Jerome Price

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 09/23/2021 the mandate for this case hereby issues today.

COSTS: None