No. 25-2185

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Apr 21, 2026
KELLY L. STEPHENS, Clerk

In re:  ERIC JEROME POWELL,    )
             )  O R D E R
   Petitioner.       )

Before:  MOORE, CLAY, and READLER, Circuit Judges.

Eric Jerome Powell, a pro se federal prisoner, petitions for a writ of mandamus, asking that we order the district court to provide certain relief relating to a Federal Rule of Civil Procedure 60(b)(6) motion, which the district court has since construed as a successive motion under 28 U.S.C. § 2255 and transferred to us for authorization.  *See* 28 U.S.C. §§ 2255(h), 2244(b); *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997) (per curiam).  He also moves to proceed *in forma pauperis*.

Mandamus "is a 'drastic and extraordinary' remedy 'reserved for really extraordinary causes.'"  *Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380 (2004) (quoting *Ex parte Fahey*, 332 U.S. 258, 259–60 (1947)).  Thus, "three conditions must be satisfied before it may issue":  (1) Powell must "have no other adequate means to attain the relief he desires"; (2) Powell's right to a writ must be "clear and indisputable"; and (3) "even if the first two prerequisites have been met, [we], in the exercise of [our] discretion, must be satisfied that the writ is appropriate under the circumstances."  *Id*. at 380–81 (quoting *Kerr v. U.S. Dist. Ct. for N.D. Cal.*, 426 U.S. 394, 403 (1976)).

Powell's mandamus petition is largely moot. *See Sullivan v. Benningfield*, 920 F.3d 401, 410 (6th Cir. 2019) ("[I]f events that occur subsequent to the filing of a lawsuit or an appeal deprive the court of the ability to give meaningful relief, then the case is moot and must be dismissed." (alteration in original) (quoting *Ailor v. City of Maynardville*, 368 F.3d 587, 596 (6th Cir. 2004))). When we docketed Powell's transferred Rule 60(b) motion, *see* No. 26-1210, the district court lost jurisdiction over this case, *see Jackson v. Sloan*, 800 F.3d 260, 261 (6th Cir. 2015) (order). We cannot therefore provide Powell with the relief he seeks.

Powell's remaining requests for relief that have not been mooted by this transfer otherwise fail at the first condition, as he has adequate alternative means to attain the relief he desires. Because we are separately reviewing his transferred motion in case No. 26-1210, Powell may seek relief relating to that motion in that pending action.

Accordingly, the petition for a writ of mandamus is **DISMISSED AS MOOT IN PART AND DENIED IN PART**, and the motion to proceed *in forma pauperis is* **DENIED AS MOOT**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 04/21/2026.

**Case Name:** In re: Eric Powell
**Case Number:** 25-2185

**Docket Text:**
ORDER filed : Accordingly, the petition for a writ of mandamus [7463425-2] is DISMISSED AS MOOT IN PART AND DENIED IN PART, and the motion to proceed in forma pauperis [7469716-2] is DENIED AS MOOT. No mandate to issue. Karen Nelson Moore, Eric L. Clay and Chad A. Readler, Circuit Judges.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Eric Jerome Powell
U.S.P. Lee
P.O. Box 305
Jonesville, VA 24263

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix